STATE OF NEW JERSEY v. JUAN P. RAMOS.

October 24, 1978. Petition for certification denied.

COLD INDIAN SPRINGS CORP. v. TOWNSHIP OF OCEAN.

October 24, 1978. Leave to appeal granted. (See 161 *N. J. Super.* 586)

VINCENT R. KREMER v. ANGELA BUCCISANO.

October 27, 1978. Appeal is dismissed as having been improvidently granted. (See 76 *N. J.* 244)

GEORGE HARMS CONSTRUCTION CO. v. OCEAN COUNTY SEWERAGE AUTHORITY.

October 30, 1978. Petition for certification denied. (See 163 *N. J. Super.* 107)

MICHAEL DESKOVICK v. WATER POLICY AND SUPPLY COUNCIL.

October 31, 1978. Petition for certification is dismissed as having been improvidently granted. (See 77 *N. J.* 482)